NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMBLAZE LTD.,
NOW KNOWN AS B.S.D. CROWN LTD.,**
*Plaintiff-Appellant*

**v.**

**APPLE INC.,**
*Defendant-Cross-Appellant*

---

2014-1734, 2015-1400, 2015-1557

---

Appeals from the United States District Court for the Northern District of California in No. 5:11-cv-01079-PSG, Magistrate Judge Paul S. Grewal.

---

**JUDGMENT**

---

MARTIN B. PAVANE, Cozen O'Connor, New York, NY, argued for plaintiff-appellant. Also represented by LISA A. FERRARI.

JOHN ALLCOCK, DLA Piper LLP (US), San Diego, CA, argued for defendant-cross-appellant. Also represented by ERIN GIBSON, STANLEY JOSEPH PANIKOWSKI III; MARK D. FOWLER, East Palo Alto, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

        ENTERED BY ORDER OF THE COURT


|  May 4, 2016  | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |